UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUROPGOLD LTD.,<br><br>        Plaintiff,<br><br>  -against-<br><br>SILVER N GOLD WHOLESALE, LLC, ALPINE GOLD GROUP, INC., and PADAM VALIRAMANI a/k/a MIKE VALIRAMANI,<br><br>        Defendants. | Case No. 1:24-cv-07297 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  As discussed on the record at the April 24, 2025 Status and Initial Pretrial Conference, it is hereby ORDERED that the deadline for all three Defendants to answer the Complaint shall be extended to **May 8, 2025.** The parties shall inform the Court if there are outstanding issues with regard to service prior to that deadline. If no answer is filed by that date, the Court will consider the motion for default judgment at Dkt. 27 as unopposed.

  It is further ORDERED that no later than **May 22, 2025,** the parties shall submit a joint proposed Civil Case Management Plan and Scheduling Order, available on the Court's website at https://nysd.uscourts.gov/hon-jennifer-l-rochon.

  By separate order today, the Court is referring this case to the Southern District's Mediation Program to facilitate settlement discussions.

  Counsel for Defendants shall promptly file a Notice of Appearance pursuant to Local Civil Rule 1.4.

Dated: April 25, 2025
    New York, New York

                             SO ORDERED.

                            *Jennifer Rochon*
                            JENNIFER L. ROCHON
                            United States District Judge