

August 25, 2025

VIA ECF

The Honorable Jennifer Rochon
Daniel Patrick Moynihan
Courtroom 20B
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        RE: Europgold Ltd. v. Silver N Gold Wholesale, LLC et al, Case No: 24-cv-07297-JLR

Dear Judge Rochon,

     We represent the Plaintiff, Europgold Ltd, in this matter. We write to request a temporary stay of all deadlines with a status letter due in early December, at the Court's discretion. The parties have reached a tentative agreement where the Defendants will purportedly make payments against the balance of the alleged debt. The Plaintiff therefore requests that the Court temporarily stay all deadlines in this matter in order to give the Defendants an opportunity to comply with their obligations and complete the anticipated resolution without Court intervention.

     The undersigned has conferred with opposing counsel and opposing counsel has agreed with the relief requested.

                                                       Respectfully,

                                                      s/Joshua Gornitsky
                                                      Joshua I. Gornitsky, Esq.
                                                      joshua.gornitsky@patrickdoerr.com

Request GRANTED. This case is hereby STAYED until December 3, 2025. No later than December 3, 2025, the parties shall file a joint status letter informing the Court whether the claims asserted in this matter have been resolved.

Dated: August 26, 2025       SO ORDERED.
       New York, New York
                                         *Jennifer Rochon*
                                   **JENNIFER L. ROCHON**
                                   **United States District Judge**

1501 BROADWAY, SUITE 2310, NEW YORK, NEW YORK 10036
EMAIL: CONTACT@PATRICKDOERR.COM   TEL.: (212) 680-4052