UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUROPGOLD LTD.,

Plaintiff,

-against-

SILVER N GOLD WHOLESALE, LLC;
ALPINE GOLD GROUP, INC.; and PADAM
VALIRAMANI a/k/a MIKE VALIRAMANI,

Defendants.

Case No. 1:24-cv-07297 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 4, 2025, the Court extended the stay in this matter to facilitate the parties' settlement discussions.  Dkt. 58.  In so doing, the Court ordered the parties to submit a joint letter regarding the status of settlement no later than March 3, 2026.  *Id.*  They did not do so.

Accordingly, the parties are hereby ORDERED to submit a joint status letter by **March 6, 2026**.  Absent receipt of such letter, the Court will lift the stay in this matter and direct the parties to submit a proposed case management plan and scheduling order.

Dated: March 4, 2026
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge